IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

VALIENT GREEN,

    Plaintiff,

v.

DAVID G. BETH, BRAD HEILET, DAVE LIANEU, JANE AND/OR JOHN DOE NURSING STAFF and JOHN DOE FOOD VENDOR/DISTRIBUTOR,

    Defendants.

JUDGMENT IN A CIVIL CASE

15-cv-540-bbc

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants:

    1. dismissing with prejudice plaintiff Valiant Green's federal law claims for his failure to state a claim upon which relief may be granted; and

    2. dismissing without prejudice plaintiff's state law claims under 28 U.S.C. § 1367(c)(3) and dismissing this case.

| /s/ | 1/21/2016 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |