UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

DOC NO
REC'D/FILED
2016 APR -1 AM 10:43
PETER OPPENEER
CLERK US DIST COURT
WD OF WI

VALIANT GREEN,

    Plaintiff,

v.                        Case No. 15-cv-540

DAVID G. BETH, et al.,

    Defendants.

## NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that Valiant Green, pro se plaintiff in the above-entitled matter, appeals to the United States Court of Appeals for the Seventh Circuit from the final judgment entered in this action on March 1, 2016.

Dated this 29 day of March, 2016.

x Valiant Green

VALIANT GREEN #629622
New Lisbon Corr. Inst.
PO Box 4000
New Lisbon, WI 53950

Case 2:17-cv-00155-WED Filed 04/01/16 Page 1 of 1 Document 27